**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 13st day of May, two thousand and fifteen,

_____

Doe

v.

East Lyme Department of Education

_____

**ORDER**
Docket Number: 15-1097

The Court's Order directing a Pre-Argument Conference with Circuit Mediator **Lisa Greenberg**, on June 19, 2015, is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

